UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 1:11-cr-00185-JAW |
| | ) | |
| JAMES STILE | ) | |

### ORDER INSTRUCTING DEFENDANT TO SEND ALL COURT FILINGS TO THE FEDERAL COURTHOUSE IN BANGOR, MAINE

On October 20, 2011, a federal grand jury sitting in Bangor, Maine issued an indictment charging James Stile with four violations of federal criminal law. *Indictment* (ECF No. 8). The criminal case has been pending in the United States District Court in Bangor and all filings since the case's inception by the Government, by Mr. Stile's attorneys and by Mr. Stile himself had been made at the Court's location in Bangor. On September 26, 2013, the Court allowed—with considerable misgivings—Mr. Stile to make pro se filings on his own behalf, even though he was represented by court-appointed defense counsel. Mr. Stile has energetically filed a plethora of motions, all properly in the Bangor courthouse, until now. The Clerk of Court recently alerted the Court that Mr. Stile filed a set of documents at the United States District Courthouse in Portland, Maine, documents that duplicated a set of documents previously filed at the courthouse in Bangor.

This was done in error, as Mr. Stile's criminal case is taking place at the federal courthouse in Bangor, Maine. As Mr. Stile has now filed over thirty pro se motions, the Court is concerned that his case filings are taking on a life of their own

and becoming impossibly convoluted. Keeping track of pending motions, responses, replies and orders is challenging enough without the added complication of pro se filings at the Portland location of the Court.

The Court therefore ORDERS Mr. Stile to submit all court filings in this criminal matter to the United States District Court at its Bangor location. The Court will STRIKE any future filings addressed to the Portland courthouse.

SO ORDERED.

/s/ John A. Woodcock, Jr.
JOHN A. WOODCOCK, JR.
CHIEF UNITED STATES DISTRICT JUDGE

Dated this 18th day of December, 2013