UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 1:11-cr-00185-JAW |
| | ) | |
| JAMES STILE | ) | |

**ORDER ON MOTION TO STAY PRETRIAL AND TRIAL PROCEEDINGS AND MOTION FOR TEMPORARY RESTRAINING ORDER**

On December 29, 2013, James Stile moved pro se to stay "all pretrial and trial proceedings" in the criminal matter now pending before the Court and he moved for a temporary restraining order, asserting that the United States Marshal was subjecting him to cruel and unusual punishment. *Mot. in Limine to Stay Pretrial and Trial Proceedings* (ECF No. 324) (*Stay Mot.*); *Mot. for Issuance of TRO/Permanent Inj.* (ECF No. 325). The basis for each motion was that Mr. Stile was suffering from a serious dental condition that inhibited his ability to speak and eat. When a medical/dental appointment was scheduled for Mr. Stile, however, he refused to attend the appointments without a court order. In view of his actions, the Court DENIES James Stile's Motion to Stay Pretrial and Trial Proceedings (ECF No. 324) and his Motion for Issuance of a Temporary Restraining Order/Permanent Injunction (ECF No. 325).

SO ORDERED.

/s/ John A. Woodcock, Jr.
JOHN A. WOODCOCK, JR.
CHIEF UNITED STATES DISTRICT JUDGE

Dated this 9th day of April, 2014