UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

UNITED STATES OF AMERICA   )
  )
     v.   )     1:11-cr-00185-JAW
  )
JAMES STILE   )

## ORDER ON STATUS OF MOTIONS FOR
## DISCLOSURE OF JURY RECORDS

James Stile has sought records from the Clerk's Office to challenge the composition of the grand jury in the District of Maine. *Mot. for Disclosure of Additional Jury Records* (ECF No. 418); *Mot. for Disclosure of Additional Jury Records* (ECF No. 452). In response, the Court has ordered the Clerk's Office to deal directly with counsel both for the Government and for Mr. Stile to produce discoverable documents but to protect the privacy of the involved members of the public by redacting personal identifiers. *Order on Jury Composition Mot.* (ECF No. 427); *Order on Mot. for Further Disclosure of Jury Records* (ECF No. 456). On October 3, 2014, Mr. Stile filed a motion to dismiss the indictment and motion to stay the proceedings based on his concerns about the composition of the grand and petit jury wheels. *Mot. to Dismiss Indictment and Stay Proceedings Pending Reconstituting Jury Wheel to Conform to Statutory and Constitutional Fair Cross Section Requirements* (ECF No. 476). As Mr. Stile apparently has sufficient information about the District's Jury Plan and its implementation of the Jury Plan to proceed with his motion, to the extent the motions for disclosure are still pending, the Court DISMISSES without prejudice both the Motion for Disclosure of Additional Jury

Records (ECF No. 418) and the Motion for Disclosure of Additional Jury Records (ECF No. 452).

SO ORDERED.


/s/ John A. Woodcock, Jr.
JOHN A. WOODCOCK, JR.
CHIEF UNITED STATES DISTRICT JUDGE

Dated this 6th day of October, 2014