UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | 1:11-cr-00185-JAW |
| | ) | |
| JAMES STILE | ) | |

**ORDER ON PRO SE MOTION IN LIMINE FOR DEFENDANT TO HAVE COURT ESTABLISH CONDUCT FOR TRIAL**

With trial scheduled to begin on November 3, 2014, James Stile filed a pro se motion demanding that, preferring the titles of either "Mr. Stile" or "accused citizen," he not be referred to as "defendant" during trial, that his lawyer be referred to as "Captain Rodway" or "Captain Rodway, Guardian of the Citizen Accused," and the term "defense" be banned at trial and replaced with "The Resistance." *Pro Se Mot. in Limine for Def. to Have Ct. Establish Conduct for Trial* at 1-2 (ECF No. 503). Mr. Stile is represented by counsel and in accordance with its standard practice, the Clerk's Office checked with his attorney to determine whether he adopted the motion. Mr. Rodway declined to adopt this motion and indicated to the Clerk's Office that he is prepared to proceed to trial on November 3, 2014. The Court views both this motion and the relief sought as frivolous and STRIKES the Defendant's Pro Se Motion in Limine for Defendant to Have Court Establish Conduct for Trial (ECF No. 503).

SO ORDERED.

                                                 /s/ John A. Woodcock, Jr.
                                                 JOHN A. WOODCOCK, JR.
                                                 CHIEF UNITED STATES DISTRICT JUDGE

Dated this 21st day of October, 2014