UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 1:11-cr-00185-JAW |
| | ) | |
| JAMES STILE | ) | |

**ORDER STRIKING DEFENDANT'S PRO SE MOTION IN LIMINE FOR SUPPRESSION OF VIDEO AND PHOTGRAPHIC EVIDENCE TAKEN FROM DEFENDANT WHILE DEFENDANT WAS NOT IN CUSTODY OR BY WARRANT**

With trial scheduled to begin on November 3, 2014, James Stile filed a pro se motion seeking to exclude photographic and video images, which he says law enforcement took of his property and of his person without his permission. *Mot. in Limine for Suppression of Video and Photographic Evid. Taken from Def. While Def. was not in Custody or by Warrant* (ECF No. 502). Mr. Stile is currently represented by counsel and in accordance with the standard practice of this District, the Clerk's Office consulted with defense counsel to determine whether he adopts the pro se motion that Mr. Stile has filed. Defense counsel has declined to adopt this motion. The Court therefore ORDERS that the motion be and it hereby is STRICKENED from the docket.

As an aside, the Court observes that on November 27, 2013, it previously addressed Mr. Stile's religious objections to the taking of photographic images and declined to suppress such evidence. *Order on Third Pro Se Mot. to Suppress* (ECF No. 297).

SO ORDERED.

/s/ John A. Woodcock, Jr.
JOHN A. WOODCOCK, JR.
CHIEF UNITED STATES DISTRICT JUDGE

Dated this 21st day of October, 2014