UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 1:11-cr-00185-JAW |
| | ) | |
| JAMES STILE | ) | |

**ORDER STRIKING MOTION TO COMPEL THE UNITED STATES MARSHAL'S SERVICE TO ADDRESS SERIOUS MEDICAL NEEDS**

With trial scheduled to begin on November 3, 2014, James Stile filed a pro se motion to compel the United States Marshal to address his medical needs. *Def.'s Mot. to Compel the United States Marshals Service to Address Serious Medical Needs* (ECF No. 506). Mr. Stile is represented by counsel and in accordance with its practice, the Clerk's Office checked with his attorney to determine whether he adopted the motion. Attorney Peter Rodway has not adopted Mr. Stile's motion. Except in unusual circumstances, the Court will not act on a pro se motion made by a represented defendant.

Here, there is no reason to reach the merits of this motion. Even assuming the Court had the authority to direct the United States Marshal Service how to house and treat defendants like Mr. Stile awaiting trial, the Court would not do so in this case based on the information before it.

The Court STRIKES Defendant's Motion to Compel the United States Marshal's Service to Address Serious Medical Needs (ECF No. 506).

SO ORDERED.

/s/ John A. Woodcock, Jr.
JOHN A. WOODCOCK, JR.
CHIEF UNITED STATES DISTRICT JUDGE

Dated this 21st day of October, 2014