UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 1:11-cr-00185-JAW |
| | ) | |
| JAMES STILE | ) | |

**ORDER ON MOTION IN LIMINE FOR SUPPRESSION OF STATEMENT OF ERNEST ROBERT ALMEIDA**

On October 16, 2014, James Stile filed a pro se motion to suppress the testimony of a potential Government witness in his upcoming trial. *Def.'s Pro Se Mot. for Suppression of Statement of Ernest Robert Almeida* (ECF No. 505). Mr. Stile is represented by counsel and in accordance with its practice, the Clerk's Office checked with his attorney to determine whether he adopted the motion. Attorney Peter Rodway has not adopted Mr. Stile's motion. Except in unusual circumstances, the Court will not act on a pro se motion made by a represented defendant.

Here, there is no reason to meet the merits of the motion. Although Mr. Stile believes that the Government intends to call Ernest Robert Almeida as a potential witness at trial, there is no guarantee that the Government will in fact call Mr. Almeida to testify. If it does, the Court will then hear any objections that Mr. Stile might wish to voice through counsel as to whether Mr. Almeida should be permitted to testify and, if so, any constraints on the scope of his testimony.

The Court STRIKES James Stile's Defendant's Pro Se Motion for Suppression of Statement of Ernest Robert Almeida (ECF No. 505).

SO ORDERED.

                                        <u>/s/ John A. Woodcock, Jr.</u>  
                                        JOHN A. WOODCOCK, JR.  
                                        CHIEF UNITED STATES DISTRICT JUDGE

Dated this 22nd day of October, 2014