UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 1:11-cr-00185-JAW |
| | ) | |
| JAMES STILE | ) | |

**ORDER ON MOTION IN LIMINE FOR SUPPRESSION OF STATEMENT OF MATTHEW AYOTTE**

On October 16, 2014, James Stile filed a pro se motion to suppress the testimony of a potential Government witness in his upcoming trial. *Def.'s Pro Se Mot. in Limine for Suppression of Statement of Matthew Ayotte* (ECF No. 504). Mr. Stile is represented by counsel and in accordance with its practice, the Clerk's Office checked with his attorney to determine whether he adopted the motion. Attorney Peter Rodway has not adopted Mr. Stile's motion. Except in unusual circumstances, the Court will not act on a pro se motion made by a represented defendant.

Here, there is no reason to meet the merits of the motion. It is true that the Government has suggested that it may call Matthew Ayotte as a potential witness at trial. But there is no guarantee that the Government will in fact call Mr. Ayotte to testify and if it does, the Court will then hear any objections that Mr. Stile might wish to voice through counsel as to whether Mr. Ayotte should be permitted to testify and, if so, any constraints on the scope of his testimony.

The Court STRIKES James Stile's Defendant's Pro Se Motion in Limine for Suppression of Statement of Matthew Ayotte (ECF No. 504).

SO ORDERED.

/s/ John A. Woodcock, Jr.
JOHN A. WOODCOCK, JR.
CHIEF UNITED STATES DISTRICT JUDGE

Dated this 22nd day of October, 2014