UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 1:11-cr-00185-JAW |
| | ) | |
| JAMES STILE | ) | |

**ORDER ON MOTION TO APPLY FUNDS SEIZED FROM DEFENDANT TO ADMINISTRATIVE OFFSET ACCOUNT**

On October 30, 2014, James Stile pleaded guilty to robbery of controlled substances from a DEA registered pharmacy, a violation of 18 U.S.C. § 2118(a). *Minute Entry* (ECF No. 541). On May 29, 2015, the Court sentenced Mr. Stile to 120 months incarceration, $13,306.93 in restitution, a $100.00 special assessment, and five years of supervised release. *J.* (ECF No. 579). On May 29, 2015, Mr. Stile filed a notice of appeal. *Notice of Appeal* (ECF No. 581). On July 16, 2015, Mr. Stile moved for an order, requiring the Government to apply $696.00 in cash that it seized from him to the amount the Court ordered in restitution to the victim in this case. *Mot. to Apply Funds Seized From Def. to Admin. Offset Account* (ECF No. 600).

The Court DISMISSES the Defendant's motion because the criminal case is still proceeding and the seized money may be evidence in future proceedings.

SO ORDERED.

/s/ John A. Woodcock, Jr.
JOHN A. WOODCOCK, JR.
UNITED STATES DISTRICT JUDGE

Dated this 21st day of July, 2015